Prepared by State Reporter from Appeal Papers

LEMUEL CARO, Respondent, *v.* PROGRESSIVE GROCERY STORES, INC., Appellant.

*Negligence — motor vehicles — right of way — injury from collision between ambulance and motor truck.*

*Caro* v. *Progressive Grocery Stores, Inc.,* 220 App. Div. 731, affirmed.

(Argued October 26, 1927; decided November 22, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 19, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, an interne in the New Rochelle Hospital, was injured as the result of a collision between the ambulance on which he was riding and a motor truck belonging to defendant.

*George F. Hickey* and *Alfred W. Andrews* for appellant.
*Charles D. Lewis, John Ambrose Goodwin* and *Thomas J. O' Neill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

ROBERT S. BENDELL, Appellant, *v.* LEW FISHER, Respondent.

*Principal and agent — commissions — action by real estate broker to recover commissions from purchaser of property — failure of proof that plaintiff had produced person able and willing to sell.*

*Bendell* v. *Fisher,* 219 App. Div. 498, affirmed.

(Argued October 26, 1927; decided November 22, 1927.)

APPEAL from a judgment, entered March 9, 1927, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover

a broker's commission on the purchase of real property. The Appellate Division held that the evidence showed that plaintiff had failed to produce any person able and willing to sell the property involved.

*Coplin Yaras* for appellant.

*Spencer B. Eddy* and *Wyman S. Bascom* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARGARET LESCHER, as Administratrix of the Estate of CHARLES J. NELL, Respondent, *v.* JAMES L. HARRISON et al., Copartners under the Firm Name of HARRISON & BERNHARDT, Appellants.

*Negligence — motor vehicles — pedestrian struck by motor truck at street crossing.*

*Lescher* v. *Harrison*, 219 App. Div. 745, affirmed.

(Argued October 26, 1927; decided November 22, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 4, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate while crossing Varick avenue at the intersection of Stagg street in the borough of Brooklyn was struck by a motor truck belonging to defendants and being operated in their business by their employee and received injuries resulting in his death.

*Andrew Eckel* and *Robert M. McCormick* for appellants.

*Lester Hand Jayne* and *Alexander Dolins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.